<u>**UNPUBLISHED**</u>

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 06-2007**

JOHN PAUL TURNER, a/k/a Pops,

Plaintiff - Appellant,

versus

GEORGE BUSH, U.S. President and Commander in
Chief of the U.S. Armed Forces; TIM KAINE,
Virginia Governor and Commander of the
Virginia Army National Guard; JOHN ROBERTS,
Chief Justice of the United States Supreme
Court,

Defendants - Appellees.

Appeal from the United States District Court for the Western
District of Virginia, at Roanoke.    Samuel G. Wilson, District
Judge.  (7:06-cv-00526-sgw)

Submitted:  February 2, 2007        Decided:  February 28, 2007

Before NIEMEYER, MICHAEL, and TRAXLER, Circuit Judges.

Dismissed by unpublished per curiam opinion.

John Paul Turner, Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

John Paul Turner appeals the district court's order dismissing this action as frivolous pursuant to 28 U.S.C. § 1915(e)(2)(B). We have reviewed the record and find no reversible error. Accordingly, we deny leave to proceed in forma pauperis and dismiss the appeal for the reasons stated by the district court. <u>Turner v. Bush</u>, No. 7:06-cv-00526-sgw (W.D. Va. Aug. 31, 2006). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>DISMISSED</u>